## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY CASTRO, | ) | |
|     Plaintiff, | ) | No. 07 C 0931 |
| | ) | |
| vs. | ) | |
| | ) | Judge Dow |
| CITY OF CHICAGO, et al., | ) | Magistrate Judge Ashman |
|     Defendants. | ) | |

## AGREED MOTION FOR EXTENSION OF
## BRIEFING SCHEDULE

Plaintiff, through counsel Jackowiak Law Offices, respectfully moves this Honorable Court to extend the briefing schedule on the Defendants' motion to dismiss by fourteen days. In support thereof, Plaintiff states as follows:

1. This motion is agreed.

2. The Court entered an order regarding Defendants' motions to dismiss, setting the due dates for Plaintiff's response for April 5, 2012, and Defendants' replies for April 19, 2012, respectively. (Dkt. 133.)

3. Plaintiff requests a brief extension to accommodate other deadlines.

4. A fourteen-day extension for responses and replies will not unduly delay the case as written discovery is taking place in the meantime.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court extend the deadline for Plaintiff to file his response to April 19, 2012 and for Defendants to reply to May 3, 2012.

                                                  Respectfully submitted,

                                                  /s/ Amanda S. Yarusso
                                                  *Counsel for Plaintiff*

Amanda S. Yarusso
Lawrence V. Jackowiak
Jackowiak Law Offices
20 North Clark Street, Suite 1700
Chicago, Illinois 60602
(312) 795-9595